| Information to identify the case: | | | | Social Security number or ITIN | xxx–xx–1374 |
|---|---|---|---|---|---|
| Debtor 1 | **Lula I. Stewart** | | | EIN | _ _–_ _ _ _ _ _ _ |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Middle District of Alabama | | | | | |
| Case number: 13–30135 | | | | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lula I. Stewart

Dated November 28, 2016

*Dwight A. Williams, Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. §

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

524(f).

**For more information, see page 2**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                             Middle District of Alabama
In re:                                                        Case No. 13-30135-DHW
Lula I. Stewart                                               Chapter 13
          Debtor            CERTIFICATE OF NOTICE
District/off: 1127-2         User: dewilliam              Page 1 of 2              Date Rcvd: Nov 28, 2016
                             Form ID: 3180W               Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db             +Lula I. Stewart,    4235 Robeson Drive,    Tuskegee, AL 36083-3026
aty            +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101-0201
2766053         ALABAMA DEPT OF PUBLIC SAFTEY,    DRIVER LICENSE DIVISION,    PO BOX 1471,
                 Montgomery, AL 36102-1471
2766054        +ALFA MUTUAL INSURANCE,    2108 EAST SOUTH BLVD,    PO BOX 11000,    Montgomery, AL 36191-0001
2772065        +ALFA MUTUAL INSURANCE COMPANY,    c/o CHAMBLESS-MATH & CARR, PC,    PO BOX 230759,
                 MONTGOMERY, AL 36123-0759
2766057         CHAMBLESS, MATH & CARR,    P.O. BOX 230759,    MONTGOMERY, AL 36123-0759
2766056        +Capital One Bank,    6356 Corley Road,    Norcross, GA 30071-1704
3607719        +College Assist,    P.O. Box 16358,    St Paul, MN 55116-0358
2766059        +Colorado Student Ln Pr/College Assist,    1560 BROADWAY,    SUITE 1700,    DENVER, CO 80202-5159
2766060        +Colorado Student Loa/College Assist,    1560 BROADWAY,    STE. 1700,    DENVER, CO 80202-5159
2766049         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2766051        +EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2861619        ++GALWAY FINANCIAL SERVICES LLC,    1290 W SPRING ST SE,    SUITE 270,    SMYRNA GA 30080-3690
                 (address filed with court: Galway Financial Services,    3870 peachtree industrial blvd,
                 suite 340-316,    Duluth GA 30096)
2812566         KHEAA,    PO BOX 798,    FRANKFORT, KY 40602-0798
2766063        +MOHELA,    633 SPIRIT DR,    CHESTERFIELD, MO 63005-1243
2787274        +MOHELA,    CSLP,    1560 Broadway Ste. 1700,    Denver, CO 80202-5159
2766065        +NCO FINANCIAL,    PO BOX 15630, DEPT 15,    Wilmington, DE 19850-5630
2779027        +Nelnet on behalf of College Assist,    College Assist,    1560 Broadway, Suite 1700,
                 Denver, CO 80202-5159
2766050         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: trustees_office@ch13mdal.com Nov 28 2016 21:00:19     Sabrina L. McKinney [Acting],
                 P.O. Box 173,    Montgomery, AL 36101-0173
2766052        +EDI: AFNIRECOVERY.COM Nov 28 2016 20:48:00      Afni,    ATTENTION: BANKRUPTCY,
                 1310 MARTIN LUTHER KING DR,    BLOOMINGTON, IL 61701-1465
2766058        +EDI: CHASE.COM Nov 28 2016 20:48:00      CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
2766055        +EDI: CAPITALONE.COM Nov 28 2016 20:49:00      Capital 1 Bank,    ATTN: BANKRUPTCY DEPT.,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
2795736         EDI: CAPITALONE.COM Nov 28 2016 20:49:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
2766061        +E-mail/Text: electronicbkydocs@nelnet.net Nov 28 2016 20:59:43     DEPT OF EDUCATION/NELN,
                 121 S 13TH ST,    LINCOLN, NE 68508-1904
2766062        +E-mail/Text: bknotice@erccollections.com Nov 28 2016 20:59:44     Enhanced Recovery Corp,
                 ATTENTION: CLIENT SERVICES,    8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
2766064        +E-mail/Text: egssupportservices@egscorp.com Nov 28 2016 20:59:48     NCO Financial,
                 507 Prudential Rd,    Horsham, PA 19044-2368
2779030         E-mail/Text: electronicbkydocs@nelnet.net Nov 28 2016 20:59:43     Nelnet,
                 3015 South Parker Road Suite 400,    Aurora CO 80014-2904
2779107         E-mail/Text: electronicbkydocs@nelnet.net Nov 28 2016 20:59:43
                 Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
                 3015 South Parker Road Suite 400,    Aurora CO 80014-2904
2766066         EDI: AGFINANCE.COM Nov 28 2016 20:48:00      SPRINGLEAF FINANCIAL S,    2691 PELHAM PKWY STE G,
                 PELHAM, AL 35124
2766068         EDI: WFFC.COM Nov 28 2016 20:48:00      WELLS FARGO MORTGAGE,    PO BOX 1225,
                 Charlotte, NC 28201-1225
2766067        +EDI: WFFC.COM Nov 28 2016 20:48:00      Wells Fargo Card Ser,    1 HOME CAMPUS,    3RD FLOOR,
                 DES MOINES, IA 50328-0001
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +College Assist,   PO Box 16358,    St. Paul, MN 55116-0358
cr*             KHEAA,    P.O. Box 798,    Frankfort, KY  40602-0798
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2016 at the address(es) listed below:

        Bankruptcy Administrator    ba@almb.uscourts.gov
        Richard D. Shinbaum    on behalf of Debtor Lula I.  Stewart rshinbaum@smclegal.com, scarter@smclegal.com;cthornton@smclegal.com
        Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com

TOTAL: 3